APRIL 21, 1980

■■■■■■■■■■

No. 78–5928. WALLER v. UNITED STATES. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■■■■■■■■■■■
■■■■■

No. 79–1339. CHILDS v. CHILDS. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■■■■■■
■■■■■■■■■■■■■■■

No. 79–1145. BUDGET MARKETING, INC., ET AL. v. KENTUCKY. Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question. MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument.
■■■■■■■■■■■■

No. 79–1341. BOWMAN v. MAINE STATE EMPLOYEES APPEALS BOARD ET AL. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question. ■■■■■■
■■■■■■■

No. 79–5946. PARKINS ET AL. v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.
■■■■■■■■■■■■■

No. 79–6094. CRUZ v. NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. ■■■
■■■■■■■■■■■■